IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MATTHEW S. THOMAS,<br>    Plaintiff,<br><br>v.<br><br>EMBASSY HEALTHCARE, INC. ET AL.<br>    Defendants. | CIVIL ACTION NO. 2:23-cv-2059<br><br>CHIEF JUDGE ALGENON L. MARBLEY<br><br>MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Matthew S. Thomas, by and through his undersigned counsel, and Defendants Embassy Healthcare, Inc., *et al.*, by and thorough their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 10th day of July, 2024,

| | |
|---|---|
| */s/Robert E. DeRose*<br>Robert E. DeRose (0055214)<br>Barkan Meizlish DeRose Cox, LLP<br>4200 Regent Street, Suite 210<br>Columbus, OH 43219<br>Phone: (614) 221-4221<br>Fax: (614) 744-2300<br>bderose@barkanmeizlish.com<br>*Counsel for Plaintiff* | */s/ Scott Salsbury*<br>Scott Salsbury (0039287)<br>Salsbury & Salsbury, LPA<br>5611 Hudson Drive, Suite 400<br>Hudson, OH 44236<br>Phone: (330) 655-5760<br>Fax: (330) 655-0526<br>ssalsbury@salsburylaw.com<br>*Counsel for Defendants* |

### PROPOSED ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

DATED____July 11_____, 2024.

_____
HONORABLE ALEGNON L. MARBLEY
UNITED STATES CHIEF DISTRICT JUDGE